UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANK OF HOPE,

Plaintiff,

Case No. 1:26-cv-2489

v

EXPEDITED TRAVEL, LLC et al,

Defendant.

______________________________________/

**NOTICE TO THE PARTIES FROM THE CLERK OF COURT**

NOTICE is hereby given that case 1:26-cv-2489, which was filed on the Southern Division Civil Docket has been reassigned by the Clerk to the Southern Division Miscellaneous Docket for all further proceedings pursuant to Local Civil Rule 3, Commencement of Action; Assignment to Division and Judge, it appearing that such was the intention of the filer.

ALL FUTURE FILINGS SHOULD REFLECT THE NEW CASE NUMBER OF: **1:26-mc-68**.

Dated: September 2, 2026

CLERK OF COURT

By: /s/ J. Morse
Deputy Clerk